**2**
**BRIAN D. CRONIN, SBN 317209**
brian@briancroninlaw.com
**2122 North Broadway**
**Santa Ana, California 92706**
**Phone No.:    (949) 436-3666**

Attorney for LC Equity Group, Inc.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 26-22273 |
| GAUTAM SANWAL, | Chapter 13 |
| | DC No.: LCE-001 |
| Debtor. | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | Date: May 26, 2026<br>Time: 11:00 a.m.<br>Ctrm: 35 |
| | 501 I Street, 6th Floor<br>Sacramento, CA 95814 |

A hearing on the Motion for Relief from Automatic Stay of LC Equity Group, Inc. ("Movant") against Debtor Gautam Sanwal ("Debtor") was held on May 26, 2026 at 11:00 a.m., via Zoom, before the Honorable Christopher M. Klein, United States Bankruptcy Judge. All appearances were noted on the record.

Based upon the moving papers and for the reasons stated on the record, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay pursuant to Movant's Motion for Relief from the Automatic Stay under 11 U.S.C. Section 362(d)(4) is granted, and Movant may proceed with the non-judicial foreclosure of its lien on the real property commonly described as: 3254 Canyon Falls Dr, Folsom, CA 95630 and legally described as:

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

**LOT 12, IN THE CITY OF FOLSOM, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, AS SHOWN ON THE FINAL MAP OF AMERICAN RIVER CANYON UNIT NO. 8-A SUBDIVISION NO. PN 98-411 FILED FOR RECORD FEBRUARY 19, 2003 IN BOOK 311 OF MAPS, MAP NO. 2, RECORDS OF SAID COUNTY.**

**EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON AND MINERAL SITUATE THEREIN AND THEREUNDER THE RIGHT TO TAKE AWAY AND DISPOSE OF THE SAME WITHOUT ENTERING SAID REAL PROPERTY UPON OR ABOVE ITS SURFACE OR IN THE SAID REAL PROPERTY BETWEEN THE SURFACE AND A LEVEL 500 FEET BELOW THE SURFACE OF SAID REAL PROPERTY, AS RESERVED BY ALLIED PROPERTIES, A CORPORATION, IN DEED RECORDED MARCH 16, 1977 IN BOOK 770316, PAGE 1032, OFFICIAL RECORDS.**

**APN: 227-0590-012-0000.**

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that in rem relief is granted as to said real property pursuant to 11 U.S.C. § 362(d)(4).

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the fourteen (14) day stay provided by FRBP 4001(a)(3) is waived.

This Court finds that the filing of the Petition was part of a scheme to hinder, delay, or defraud creditors that involved multiple bankruptcy filings and involved transfer of interests in real property without consent of secured creditor or court.

This order is eligible for recording pursuant to 11 USC sec. 362(d)(4).

Dated: May 28, 2026

_____
United States Bankruptcy Judge

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY