**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                    ) Case No.  26-22273-C-13
                                          )
GAUTAM SANWAL,                            ) Docket Control No. ADS-1
                                          )
                Debtor.                   )
                                          )
_____  )

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

Balboa LLC filed this Motion seeking relief from the automatic stay (Dkt. 22), which came before the court on June 9, 2026 at 11:00 a.m. Findings of fact and conclusions of law having been stated orally on the record and good cause appearing,

**IT IS ORDERED** that default is entered against the debtor Gautam Sanwal.

**IT IS FURTHER ORDERED** that the Motion is GRANTED, the automatic stay is vacated with respect to the real property described in the motion, commonly known as: 1689 El Toro Way, Pinole, California, ("Property") as to all parties in interest. Any party with standing may pursue its rights against the Property pursuant to applicable non-bankruptcy law.

**IT IS FURTHER ORDERED** that the above relief is also granted pursuant to 11 U.S.C. § 362(d)(4), the court having found that the filing of the petition was part of a scheme to delay, hinder, or defraud creditors that involved a transfer of an interest in the Property without the consent of the secured creditor or court. If recorded in compliance with applicable State laws governing notices of interests or liens in real property, this order shall be binding in

any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this Order.

    **IT IS FURTHER ORDERED** that the fourteen (14) day under provided by FRBP 4001(a)(3) is waived.

Dated: June 09, 2026

_____
United States Bankruptcy Judge

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

    The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Gautam Sanwal
254 Canyon Falls Dr
Folsom, CA 95630

David Cusick
PO Box 1858
Sacramento, CA 95812-1858

Alan D. Sarver
Law Offices of Allan D. Sarver
16000 Ventura Blvd., Suite 1000
Encino, CA 914536

All creditors and parties in interest.